UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-CV-01185 (PAC)

GREG FELDMAN
Plaintiff,

v.                                                          LAW STUDENT APPEARANCE FORM

JOBSON PUBLISHING, LLC., a Delaware corporation,
POSTGRADUATE INSTITUTE FOR MEDICINE, Inc.,
a member of the Jobson Education Group,
a Delaware corporation,
INTERNATIONAL CENTER FOR
POSTGRADUATE MEDICAL EDUCATION,
a member of the Jobson Education Group, a Delaware corporation

Defendant.


1. <u>Law Student Certification</u>

   I certify that:

   (a)   I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

   (b)   I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

   (c)   I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (<u>www.cod.uscourts.gov</u>), including the Judicial Officers' Procedures.

Dated: 08/31/2005

                                   _____s/ Ari Krichiver_____
                                                Signature of Student

2. Law School Certification

I certify that this student:

(a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

(b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(c) that Laura L. Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: 9/2/05          s/ Christine N. Cimini
                       Signature of Dean or Authorized Designee

                       Interim Director of Clinical Programs
                       (Position of Above)

3. Supervising Attorney's Certification

As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

(a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b) guide and assist this student as necessary or appropriate under the circumstances; and

(c) appear with this student in all proceedings in this matter.

Dated: 9/2/05          s/ Laura L. Rovner
                       Signature of Attorney

4. <u>Consent of Client</u>

I consent to be represented by student attorney, Ari Krichiver, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 9/2/05        s/ Greg Feldman
                     Signature of Client

5. <u>Judicial Consent</u>

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except  *none*.

Dated: 9/9/05        [signature]
                     Signature of District Judge
                     or Magistrate Judge Exercising
                     Consent Jurisdiction Pursuant
                     to D.C. COLO.LCiv 72.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2005, a true and correct copy of the above and foregoing NOTICE OF ENTRY OF APPEARANCE FOR PLAINTIFF GREG FELDMAN was delivered via the electronic case filing procedure for civil cases in the United States District Court for the District of Colorado to: Mr. Thomas J. Lyons, Hall & Evans, LLC, 1125 Seventeenth Street, Suite 600, Denver, CO 80202.

s/ Laura L. Rovner