UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-CV-01185-WDM-PAC

GREG FELDMAN
Plaintiff,

v.                                                              LAW STUDENT APPEARANCE FORM

JOBSON PUBLISHING, LLC., a Delaware corporation,
POSTGRADUATE INSTITUTE FOR MEDICINE, Inc.,
a member of the Jobson Education Group,
a Delaware corporation,
INTERNATIONAL CENTER FOR
POSTGRADUATE MEDICAL EDUCATION,
a member of the Jobson Education Group, a Delaware corporation

Defendant.

1. Law Student Certification

   I certify that:

   (a)   I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice rule of this court.

(b)   I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

(c)   I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (www.cod.uscourts.gov), including the Judicial Officers' Procedures.

Dated: 9/2/05

                                             s/ Julie M. Schmidt
                                             Signature of Student

2. Law School Certification

    I certify that this student:

(a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(c) that Laura L. Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated: 9/2/05                     s/ Christine N. Cimini
                                     Signature of Dean or Authorized Designee

                                       Interim Director of Clinical Programs
                                       (Position of Above)

3. Supervising Attorney's Certification

    As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

    (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

    (b) guide and assist this student as necessary or appropriate under the circumstances; and

    (c) appear with this student in all proceedings in this matter.

Dated: 9/2/05                     _s/ Laura L. Rovner
                                       Signature of Attorney

4. <u>Consent of Client</u>

I consent to be represented by student attorney, Julie Schmidt, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated: 9/2/05          s/ Greg Feldman
                              Signature of Client

5. <u>Judicial Consent</u>

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except        .

Dated: 10/4/05
                              Signature of District Judge
                              or Magistrate Judge Exercising
                              Consent Jurisdiction Pursuant
                              to D.C. COLO.LCiv 72.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address: lyonst@hallevans.com.


s/ Laura L. Rovner
Laura L. Rovner
STUDENT LAW OFFICE
University of Denver Sturm College of Law
2255 E. Evans Avenue
Denver, CO  80208
Tel:  303.871.6140
Fax: 303.871.6847
Email:  lrovner@law.du.edu
Attorney for Plaintiff Greg Feldman