IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01185-WDM-PAC

GREG FELDMAN,

    Plaintiff(s),

v.

JOBSON PUBLISHING, LLC., a Delaware corporation,
POSTGRADUATE INSTITUTE FOR MEDICINE, Inc., a member of the Jobson Education Group, a Delaware corporation,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
December 1, 2005

    The matter before the Court is Plaintiff's Expedited Motion to Extend Deadline for Amending Complaint to Include Proper Defendants or Alternatively, to Shorten Defendants' Time to Respond to Plaintiff's Request for Production of Documents, Doc. # 31. Finding good cause, it is hereby

    **ORDERED** that plaintiff's Motion to Extend Deadline for Amending Complaint to Include Proper Defendants, Doc. # 31, is granted. The deadline for Plaintiff to amend his complaint with respect to the proper defendants is extended to January 6, 2006. It is further

    **ORDERED** that plaintiff's alternative Motion to Shorten Defendants' Time to Respond to Plaintiff's Request for Production of Documents, Doc. # 31, is denied. It is further

    **ORDERED** that Defendant's Motion for Protective Order, Doc. # 34, is granted. The subject noticed 30(b)(6) deposition shall not go forward December 1, 2005. It is further

    **ORDERED** that plaintiff's counsel shall comply with D.C. Colo. L. Civ. R. 30.2 in rescheduling the 30(b)(6) deposition and in scheduling any other deposition in this case.