IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01185-WDM-PAC

GREG FELDMAN,

    Plaintiff(s),

v.

JOBSON PUBLISHING, LLC., a Delaware corporation,
POSTGRADUATE INSTITUTE FOR MEDICINE, Inc., a member of the Jobson Education Group, a Delaware corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Stay Discovery Pending Ruling on Plaintiff's Motion for Leave to File Second Amended Complaint [filed January 17, 2006; Doc. No. 41] is **mooted** by my Order [filed January 19, 2006; Doc. No. 46].

Dated:  January 20, 2006