UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 04-CV-01185-WDM-PAC

GREG FELDMAN
Plaintiff,

v.                    LAW STUDENT APPEARANCE FORM

JOBSON PUBLISHING, LLC a Delaware limited liability company, f/k/a Jobson Publishing Acquisition, LLC, f/k/a Jobson Publishing, L.L.C.; and XJP, LLC, a Delaware limited liability company, f/k/a Jobson Publishing, L.L.C.

Defendants.

1. Law Student Certification

    I certify that:

    (a)    I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice Rule of this court.

    (b)    I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this court.

    (c)    I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officers' Procedures.

Dated: 01/27/2006

                        __s/ Marybeth Walsh_____
                            Signature of Student

2. Law School Certification

   I certify that this student:

   (a) has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c) that Laura L. Rovner, who will serve as supervising attorney, is employed in a clinical program approved by this school.


Dated:  1/31/06             s/ Christine N. Cimini_____
                            Signature of Dean or Authorized Designee

                            Interim Director of Clinical Programs_____
                            (Position of Above)

3. Supervising Attorney's Certification

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a) assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b) guide and assist this student as necessary or appropriate under the circumstances; and

   (c) appear with this student in all proceedings in this matter.


Dated:  1/31/06                          s/ Laura L. Rovner_____
                                         Signature of Attorney

4.  <u>Consent of Client</u>

    I consent to be represented by student attorney, Marybeth Walsh, in this matter in accordance with the Student Practice Rule of this Court.

    I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated:  1/30/06                    _s/ Greg Feldman_____
                                       Signature of Client

5.  <u>Judicial Consent</u>

    I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except                               .

                                         s/ Walker D. Miller
Dated: February 7, 2006        _____
                                         Signature of District Judge
                                         or Magistrate Judge Exercising
                                         Consent Jurisdiction Pursuant
                                         to D.C. COLO.LCiv 72.2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2006, I electronically filed the above and foregoing **LAW STUDENT APPEARANCE OF MARYBETH WALSH** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Thomas J. Lyons
Gillian Dale
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
Telephone: 303.628.3300
Fax: 303.628.3368
lyonst@hallevans.com
daleg@hallevans.com

        s/ Laura L. Rovner_____
Laura L. Rovner
STUDENT LAW OFFICE
University of Denver Sturm College of Law
2255 E. Evans Ave., Suite 335
Denver, CO 80208
Tel:  303.871.6140
Fax: 303.871.6847
E-mail: lrovner@law.du.edu
Attorney for Plaintiff Greg Feldman