IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-1185-WDM-PAC

GREG FELDMAN,

    Plaintiff,

v.

JOBSON PUBLISHING, LLC a Delaware limited liability company, f/k/a Jobson Publishing Acquisition, LLC, f/k/a Jobson Publishing, L.L.C.; and XJP, LLC, a Delaware limited liability company, f/k/a Jobson Publishing, L.L.C.

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER & Resetting Final Pretrial Conference

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order, Doc #63, and the Court having reviewed said motion and being fully advised on the premises, and finding good cause, grants the motion, Doc #63.

IT IS ORDERED that the Scheduling Order is amended as follows:

a. Discovery Cut-Off: June 23, 2006

b. Dispositive Motion Deadline: August 11, 2006.

c. Interrogatory Schedule:

    i. All interrogatories shall be served on the opposing party by May 10, 2006.

d. Schedule for Request for Production of Documents/Requests to Admit:

i. All requests for production of documents and requests to admit shall be served on the opposing party by May 10, 2006.

e. Discovery Limitations:

i. Amended only to the extent that:

1. Plaintiff may take ten (10) depositions, and propound twenty-five (25) interrogatories, twenty-five (25) requests for admission, and thirty (30) requests for production of documents per defendant.

2. Each defendant may take ten (10) depositions, and propound twenty-five (25) interrogatories, twenty-five (25) requests for admission, and thirty (30) requests for production of documents. & The final pretrial conference set for Sept 18, 06 is vacated & reset to Dec. 19, 06 at 9:30 am in A-501. Proposed FPT order due Dec 14, 06

Dated this 5th day of March 2006.

BY THE COURT:

/s/ Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge

Walker D. Miller
United States District Court Judge